James J. Ficenec (Bar NO. 152172)
James.Ficenec@ndlf.com
NEWMEYER & DILLION LLP
2033 N. Main St. Suite 500
Walnut Creek, CA 94596
Telephone:    925.988.3200
Facsimile:    925.988.3268

Alexander Golovets (Bar NO. 319748)
agolovets@hotmail.com
Law Offices of Alexander Golovets
580 California St Suite 1617
San Francisco, CA 94104
Telephone:    415-562-7151
Facsimile:    415-532-2618

Attorneys for Creditor
ELENA KOURIAVTSEVA

UNITES STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Arthur Abezgauz. | Bankruptcy Case NO. 23-30329<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON MOTION OF CREDITOR ELENA KOUDRIAVTSEVA PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING EXAMINATION OF DEBTOR ARTHUR ABEZGAUZ**<br><br>**Response Deadline:**<br>**August 15, 2023 (Pacific Time)**<br><br>**Hearing Information If Timely Response Made:**<br><br>**Date: September 1, 2023**<br>**Time: 10:30 a.m. (Pacific Time)**<br>**Place: Via Zoom or AT&T Only**<br>**https://www.canb.uscourts.gov/judge/montali/calendar** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

- 1 -

Please take notice that Creditor Elena Koudriavtseva has filed a motion pursuant Federal Rule of Bankruptcy Procedure 2004 and Local Bankruptcy Rule 2004-1(a), seeking entry of an order authorizing examination of the debtor Arthur Abezgauz in this case, and for production of documents in the custody or under the control of Arthur Abezgauz. The motion is based on this notice, the accompanying points and authorities, and the accompanying Declaration of Alexander Golovets.

Any objection to the requested relief, or a request for hearing on the matter, must be filed and served on the initiating party within 21 days of mailing of the notice;

Any objection or request for hearing or must be accompanied by any declarations or memoranda of law the objecting party wishes to present in support of its position;

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

In the event of a timely objection or request for hearing, the tentative hearing date, location and time are: 450 Golden Gate Avenue, 16th Floor, Courtroom 17 Mail-Box 36099 San Francisco, CA 94102 (Place: Via Zoom or AT&T Only https://www.canb.uscourts.gov/judge/montali/calendar) on August 25, 2023. [ND CA LBR 9014-1(b)(3)(A)]

Respectfully submitted,

Law Offices of Alexander Golovets

By: */s/Alexander Golovets*
Alexander Golovets (Bar NO. 319748)
agolovets@hotmail.com
580 California St Suite 1617
San Francisco, CA 94104
Telephone: 415-562-7151
Facsimile: 415-532-2618

Attorney For Elena Koudiriavtseva

# UNITED STATES BANKRUPTCY COURT

California Northern Bankruptcy Court
(San Francisco)

Chapter 7 No. 23-30329
In re: Assigned to: Judge Dennis Montali

Arthur Abezgauz
Debtor(s).

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2023, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor: By U.S.Mail and by filing with the US Bankruptcy Court's CM ECF system:
Arthur Abezgauz
75 E. Hillsdale Blvd.
San Mateo, CA 94403
SAN MATEO-CA

Debtor's Attorney: By U.S.Mail and by filing with the US Bankruptcy Court's CM ECF system:
Geoff Wiggs
Law Offices of Geoff Wiggs
1900 South Norfolk St. #350
San Mateo, CA 94403

Trustee: By U.S.Mail and by filing with the US Bankruptcy Court's CM ECF system:
Janina M. Hoskins
Janina M. Hoskins, Trustee
P.O. Box 158
Middletown, CA 95461

U.S. Trustee: By U.S.Mail and by filing with the US Bankruptcy Court's CM ECF system:
Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

By:  /s/Alexander Golovets
Alexander Golovets (Bar NO. 319748)
agolovets@hotmail.com
580 California St Suite 1617
San Francisco, CA 94104
Telephone:   415-562-7151
Facsimile:   415-532-2618