

Signed and Filed: November 21, 2023

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

James J. Ficenec (Bar No. 152172)
James.Ficenec@ndlf.com
NEWMEYER & DILLION LLP
2033 N. Main St. Suite 500
Walnut Creek, CA 94596
Telephone:  925.988.3200
Facsimile:  925.988.3268

Alexander Golovets (Bar No. 319748)
agolovets@hotmail.com
Law Offices of Alexander Golovets
580 California St Suite 1617
San Francisco, CA 94104
Telephone:  415-562-7151
Facsimile:  415-532-2618

Attorneys for Creditor
ELENA KOURIAVTSEVA

UNITES STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: Arthur Abezgauz. | Bankruptcy Case No. 23-30329 |
| | Chapter Number: 7 |
| | Adversary Proceeding No. 23-03031 |
| Elena Koudriavtseva, <br><br> Plaintiff <br><br> v. <br><br> Arthur Abezgauz <br><br> Defendant | **ORDER REGARDING NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(2)(A), (a)(2)(B), (a)(4), and (a)(6)** |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED

A.  $75,000 of the $400,000 debt owed under judgement entered on August 22, 2022 by Superior Court of California County of Marin Case No.: CIV 17-01922 in favor of Elena Koudriavtseva in the amount of $400,000.00 by Defendant to Plaintiff is nondischargeable.

B. The judgment entered in the Adversary Proceeding No. 23-03031 will include a judgment that $75,000 of the $400,000 debt owed by Defendant to Plaintiff is nondischargeable.

D. Any discharge entered in underlying case Bankruptcy Case No. 23-30329 will exclude $75,000 of the $400,000 debt owed by Defendant to Plaintiff as nondischargeable debt.

APPROVED AS TO THE FORM AND SUBSTANCE

Dated: November 9, 2023  /s/Geoffrey Wiggs
Geoffrey Wiggs
Attorney for Debtor Arthur Abezgauz